FILED

MAR 14 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GONZALO LEONEL MAYORGA,<br><br>　　　　　Defendant. | No. CR 3 05 70991 EDL<br><br>[PROPOSED] STIPULATED ORDER CONTINUING BAIL REVIEW HEARING<br><br>**Current Hearing Date:** Tuesday, March 14, 2006 at 10:30<br><br>**New Hearing Date:** Tuesday, March 21, 2006 at 11:00 |

　　　　The above-entitled matter has come before this Court on a report from Pretrial Services. Steven Kalar, counsel for Mr. Mayorga, is unavailable on the current date for the bail review hearing; March 14, 2006. Defense counsel has therefore asked that the matter be continued to Tuesday, March 21, 2006 at 11:00. The government has no objection to this request.

　　　　Therefore, for good cause shown the bail review hearing on March 14, 2006 shall be vacated.

//
//
//
//

*Mayorga*, CR 3 05 70991 EDL
ORD. CONT. BAIL REVIEW HEARING

1  The matter shall be added to the Court's calendar on Tuesday, March 21, 2006 at 11:00.

2  IT IS SO ORDERED.

4  _____
5  DATED
ELIZABETH LAPORTE
United States Magistrate Court Judge

7  IT IS SO STIPULATED.

8  _3/10/06_
9  DATED
KEVIN V. RYAN
United States Attorney
Northern District of California
TRACIE L. BROWN
Assistant United States Attorney

14  _March 10, 2006_
15  DATED
BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender

*Mayorga*, CR 3 05 70991 EDL
ORD. CONT. BAIL REVIEW HEARING                2