## PROPOSED ORDER/COVER SHEET

TO:    **Honorable Elizabeth D. Laporte**      RE:    **MAYORGA, GONZALO**
        **U.S. Magistrate Judge**

FROM:    **Claudette M. Silvera, Chief**      DOCKET NO.:    **3-05-70991 EDL**
        **U.S. Pretrial Services Officer**

DATE:    **April 11, 2006**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Anthony R. Granados**        **(415) 436-7520**
**U.S. Pretrial Services Officer**        **TELEPHONE NUMBER**

RE:    **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

**FILED**
**APR 1 2 2006**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____ E ____ on __April 25, 2006__ at __10:30 a.m.__

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

**JUDICIAL OFFICER**        **DATE** Apr 12, 2006

Cover Sheet (12/03/02)