KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6917
Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GONZALO MAYORGA, ) <br> ) <br> Defendant. ) <br> ) | No.  3-05-70991 EDL <br><br> [~~PROPOSED~~] ORDER AND STIPULATION WAIVING TIME UNDER RULE 5.1 AND EXCLUDING TIME FROM MAY 26, 2006 TO JUNE 22, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161(h)(8)(A)) |

The parties appeared before the Court on April 26, 2006.  At that time, the Court: (1) scheduled a new preliminary hearing/arraignment date of May 26, 2006 at 9:30 a.m., before the Honorable Elizabeth D. Laporte; (2) documented the defendant's waiver of time limits under Federal Rule of Criminal Procedure 5.1; and (3) documented the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from April 26, 2006 to May 26, 2006.

Because counsel for both the government and the defendant are now scheduled to be out of the office on May 26, 2006, and because the parties are close to a pre-indictment resolution of this matter, the parties have agreed, and the Court finds and holds, as follows:

1.   The defendant waives the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Failure to grant the requested continuance would unreasonably deny the

defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the defendant's counsel's newly scheduled absences from the office, and would deny the defendant continuity of counsel.

2. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case before the currently scheduled preliminary hearing/arraignment date.  The parties are close to a pre-indictment disposition of the case, and expect to have the case resolved in the very near future.

3.  The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, both counsel's scheduled absences from the office, and the need for both sides to investigate the facts of the case, and would deny the defendant and the government continuity of counsel.

4. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 26, 2006 to June 22, 2006, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 26, 2006 to June 22, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a new preliminary hearing/arraignment date of June 22, 2006, at 9:30 a.m., before the Honorable Maria-Elena James.

IT IS SO STIPULATED.

DATED: _____     _____/S/_____
TRACIE L. BROWN
Assistant United States Attorney

DATED: _____     _____/S/_____
BARRY PORTMAN (for STEVEN KALAR)
Attorney for GONZALO MAYORGA

STIPULATION AND ORDER
3-05-70991 EDL                                                   2

1  **IT IS SO ORDERED.**

3  DATED: May 22, 2006



STIPULATION AND ORDER
3-05-70991 EDL                    3