KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6917
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-440 MAG |
| | ) | |
|    Plaintiff, | ) | *AMENDED* [PROPOSED] ORDER AND STIPULATION CONTINUING HEARING FROM JULY 14, 2006 TO JULY 21, 2006 |
| | ) | |
| v. | ) | |
| | ) | |
| GONZALO MAYORGA, | ) | |
| | ) | |
|    Defendant. | ) | |

The parties appeared before the Hon. Nandor J. Vadas, sitting in the chambers of the Honorable Maria-Elena James, on June 26, 2006, for arraignment on the misdemeanor information.

The parties are currently set for a change of plea hearing before Judge Vadas on July 14, 2006. However, it appears unlikely that the parties will have finalized a plea agreement by then. Accordingly, the parties stipulate to continue the hearing until July 21, 2006, at 9:30 a.m. before the Hon. Edward M. Chen. At that time, the Defendant will consent to Judge Chen's jurisdiction over the remaining proceedings in this case. The parties anticipate that the Defendant will change his plea before Judge Chen on July 24, 2006.

///

1    IT IS SO STIPULATED.

2    DATED: July 19, 2006                                    _____
                                                                        /S/
3                                                            TRACIE L. BROWN
                                                             Assistant United States Attorney
4

5    DATED: July 19, 2006                                    _____
                                                                        /S/
6                                                            STEVEN KALAR
                                                             Attorney for GONZALO MAYORGA
7

8                                    **[PROPOSED] ORDER**

9            Pursuant to the parties' stipulation, the change of plea hearing set for July 14, 2006 is

10   hereby vacated, and a new change of plea hearing is scheduled before the Hon. Edward M. Chen

11   on July 21, 2006 at 9:30 a.m.

12

13

14   DATED:_____    July 20, 2006

15                                                            _____
                                                             THE HON. EDWARD M. CHEN
                                                             United States Magistrate Judge

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16

17

18

19

20

21

22

23

24

25

26

27

28