# UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

### Request to Modify the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:        Gonzalo Leonel Mayorga       Docket No.:  CR 06-00440-01 EMC

Name of Sentencing Judge:   Edward M. Chen
                            United States Magistrate Judge

Date of Original Sentence:   September 12, 2006

Original Offense:
Count 1: Willful Injury to Government Property, 18 U.S.C. § 1361, a Class A misdemeanor

Original Sentence: Three months custody; one year supervised release
Special Conditions: community confinement three months; special assessment $25.00; drug treatment; no gang associations

Prior Form(s) 12: A Petition for Summons for Offender Under Supervision was issued on December 21, 2006 based on Mr. Mayorga's new arrest for embezzlement, failure to submit monthly supervision forms, and for failure to abide by rules of the halfway house. An Initial Appearance was held before Chief Magistrate Judge Larson on January 09, 2007 and the matter was continued for a status hearing on May 02, 2007 before Magistrate Judge Chen.

Type of Supervision: Supervised Release       Date Supervision Commenced: September 29, 2006
Assistant U.S. Attorney: Tracie L. Brown             Defense Counsel: Steven G. Kalar (AFPD)

### Petitioning the Court

To modify the conditions of supervision as follows:

> The defendant shall not associate with any member of the Norteno gang. The defendant shall have no connection whatsoever with the Norteno or any other gang. If he is found to be in the company of such individuals or wearing the clothing, colors, or insignia of the Norteno, or any other gang, the court will presume that the association was for the purpose of participating in gang activities.

Gonzalo Leonel Mayorga                                                                  Page 2
CR 06-00440-01 EMC

  The defendant shall participate and complete an Anger Management program. The defendant
  is to pay all the cost of this treatment.

  The defendant shall participate and complete a Parent Education class. The defendant is to
  pay all the cost of this treatment.

### Cause

The charges in the Petition for Summons for Offender Under Supervision filed on December 21,
2006 remain unadjudicated. Pending disposition of the alleged violations of supervision, all parties
agreed in court before Chief Magistrate Judge Larson on January 09, 2007, to modify the offender's
conditions as indicated above.

Based upon the offender's admission that he is headed down the wrong path and in need of
intervention, he has agreed by signing the attached waiver to modify his conditions of supervision
to include participation in parenting and anger management classes and to include a prohibition
from wearing the clothing, colors, or insignia of the Norteno gang, in conformance with the language
originally recommended at the time of sentencing. The status hearing set for May 02, 2007 will allow
approximately 120 days for Mr. Mayorga to enroll in the programs, monitor his progress and
provide appropriate supervision for the offender. However, if he continues with his criminal
behavior and willful disregard of the directives of the Court and his probation officer, the Court will
be notified of his noncompliance and a request to advance the hearing prior to May 02, 2007 will be
made.

The Assistant U.S. Attorney, Tracie L. Brown, and Defense Counsel, Stephen G. Kalar, have been
notified and there are no objections.

Address of offender:   4040 Heaton Ct
         Antioch, CA 94509

Respectfully submitted,                                         Reviewed by:

Myra Turner                                                     Daniel Zurita
U.S. Probation Officer                                          Supervisory U.S. Probation Officer

Date Signed: January 9, 2007

Gonzalo Leonel Mayorga                                                   Page 3
CR 06-00440-01 EMC

THE COURT ORDERS:

☑ To modify the conditions of supervision as follows:

The defendant shall not associate with any member of the Norteno gang. The defendant shall
have no connection whatsoever with the Norteno or any other gang. If he is found to be in the
company of such individuals or wearing the clothing, colors, or insignia of the Norteno, or any
other gang, the court will presume that the association was for the purpose of participating in
gang activities.

The defendant shall participate and complete an Anger Management program. The defendant
is to pay all the cost of this treatment.

The defendant shall participate and complete a Parent Education class. The defendant is to pay
all the cost of this treatment.

☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

_____1/16/07_____

Date                                           Edward M. Chen
                                               United States Magistrate Judge

**NDC-PROB 49 02/01/05**

# UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Gonzalo L. Mayorga

Docket No.: CR 06-00440-1 EMC

### Waiver of Hearing to Modify Conditions of Probation/Supervised
### Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall not associate with any member of the Norteno gang. The defendant shall have no connection whatsoever with the Norteno or any other gang. If he is found to be in the company of such individuals or wearing the clothing, colors, or insignia of the Norteno, or any other gang, the court will presume that the association was for the purpose of participating in gang activities.

The defendant shall participate and complete an Anger Management program. The defendant is to pay all the cost of this treatment.

The defendant shall participate and complete a Parent Education class. The defendant is to pay all the cost of this treatment.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at

Signed: _____     Date: 01/09/07

Probationer or Supervised Releasee

Witness: _____     Date: 01/09/07

Myra Turner

U.S. Probation Officer